A Decision and Order was filed in the above-captioned case on May 20, 1994 by Deputy Commissioner Richard B. Ford. This case was heard on appeal before the Full Commission on August 24, 1994. It subsequently came to the attention of the undersigned that the identical issue is presently pending before the North Carolina Court of Appeals in at least two cases on appeal from the Industrial Commission. The undersigned author drafted a letter to the attorneys of record on March 7, 1995, indicating that a determination on the appeal of the case was being held, pending a resolution of the issue by the Court of Appeals.
On March 23, 1995 the Industrial Commission received a Form 18 from the plaintiff in this case. By this Form 18 the plaintiff attempts to file a workers' compensation claim.
The Industrial Commission has learned that the two cases presently pending before the Court of Appeals are very close to resolution, and should be filed shortly.
* * * * * * * * * * *
Therefore, for the foregoing reasons, and for good cause shown, IT IS HEREBY ORDERED that the above-captioned case shall be and hereby is HELD IN ABEYANCE pending the decision(s) by the Court of Appeals. The Form 18 will be acted upon as appropriate following the directive, if any, from the Court of Appeals.
This the __________ day of _____________________, 1995.
 S/ __________________________________ JAMES J. BOOKER COMMISSIONER
CONCURRING:
S/ __________________________________ J. HOWARD BUNN, JR. CHAIRMAN
S/ ___________________________________ DIANNE C. SELLERS COMMISSIONER
JJB:alp 4/24/95